570 A.2d 981

DREW ASSOCIATES OF NEW JERSEY, L.P., ETC. v.
RANIERO TRAVISANO, CLERK OF MIDDLESEX COUNTY AND
NEW JERSEY DEPARTMENT OF COMMUNITY AFFAIRS.

November 13, 1989.

Cross-petition for certification granted. (See 235 *N.J.Super.*
194, 561 *A.*2d 1177)

570 A.2d 981

ASSOCIATES COMMERCIAL CORPORATION v. SHEBA
LANGSTON v. JAMES LANGSTON.

November 13, 1989.

Petition for certification denied. (See 236 *N.J.Super.* 236, 565
*A.*2d 702)

570 A.2d 981

STATE OF NEW JERSEY v. ERIC CRUZ.

November 27, 1989.

Petition for certification granted. (See 232 *N.J.Super.* 294,
556 *A.*2d 1295)

570 A.2d 981

O & Y OLD BRIDGE DEVELOPMENT CORP., ET AL. v.
CONTINENTAL SEARCHERS, INC.

CONTINENTAL SEARCHERS, INC. v.
O & Y OLD BRIDGE CORP., ET AL.

November 27, 1989.

Petition for certification granted.